**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **MARICELA NOLASCO VENTURA,** | * | |
| | * | |
| **Petitioner,** | * | |
| | * | **Civil Case No.: SAG-26-00532** |
| **v.** | * | |
| | * | |
| **NIKITA BAKER,** *et al.*, | * | |
| | * | |
| **Respondents.** | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**<u>ORDER</u>**

Upon consideration of the Petition for Writ of Habeas Corpus (ECF 1) (the "Petition"), the Notice filed by the Parties, the entire record in this case, the previous opinion of this Court *Velasquez* v. *Noem,* No. 1:25-cv-03215-GLR, 2025 WL 3003684 (D. Md. Oct. 27, 2025), and *Villanueva Funes* v. *Noem*, No. 25- cv-03860-TDC, ECF Nos. 13, 14. I find that no further briefing is necessary, and the Petition can be decided without a hearing, It is hereby:

**ORDERED**, that the Petition is **GRANTED** in part, insofar as I find that the Petitioner is entitled to the relief set forth below, and is **DENIED** as to any further relief at this time:

1. Petitioner is detained under 8 U.S.C. § 1226(a) and Respondents are enjoined from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d), which shall be held within 10 days of the Petitioner's filing of a motion with the Immigration Court;

3. The bond hearing may be conducted by any Immigration Judge with jurisdiction or administrative control over Petitioner's detention and need not take place in Maryland; and

4.  The parties shall provide the Court with a Joint Status Report within 10 days of Petitioner's filing of a motion for a bond hearing.


Date: February 11, 2026                      _____/s/_____
                                                Stephanie A. Gallagher
                                                United States District Judge